**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Francis Weber*
*Direct Dial: (215) 861-8354*
*Facsimile: (215) 861- 8618*
*E-mail Address: Francis.Weber@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 20, 2023

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: United States v. Herbert Robinson et al (20-CR-415)

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on November 17, 2020.

Very truly yours,

JACQUELINE C. ROMERO
United States Attorney

*/s/Francis Weber*
Francis Weber
Assistant United States Attorney