**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 20-415** |
| **HERBERT ROBINSON** | : | |

**WRIT OF ASSISTANCE AND EVICTION**

AND NOW, this 13th day of August, 2026, upon consideration of the government's motion pursuant 21 U.S.C. § 853(g), incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b)(1), and The All Writs Act, 28 U.S.C. § 1651(a), requesting the Court to issue a Writ of Assistance and Eviction to allow agents of the U.S. Marshals Service to enter 4125 Parrish Street, Philadelphia, Pennsylvania, 19104, for purposes of inspecting the property, evicting any occupants and sealing the property to protect the interests of the United States in property ordered forfeited, the Court finds the following:

This matter comes before the Court upon the filing of a Motion for Writ of Assistance and Eviction for the real property and premises located at 4125 Parrish Street, Philadelphia, Pennsylvania, 19104, pursuant to Title 21 U.S.C. § 853(g), incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b)(1), and The All Writs Act, 28 U.S.C. § 1651(a), following the entry of a Final Order of Forfeiture of 4125 Parrish Street, Philadelphia, Pennsylvania, 19104, by this Court on August 26, 2025. For the reasons stated in the United States' Motion, the Court authorizes the United States Marshals Service, its agents, employees, and contractors, and such other federal state or local law enforcement officers as may be required, to enter upon the real property and premises located at 4125 Parrish Street, Philadelphia, Pennsylvania, 19104, to

inspect, photograph, appraise, and otherwise record the condition and contents of the property, and to remove any occupants and seal the property.

Accordingly, it is HEREBY ORDERED that the United States' Motion is GRANTED.

IT IS FURTHER ORDERED that the United States Marshals Service or its designees be authorized:

1. to enter the real property and premises located at 4125 Parrish Street, Philadelphia, Pennsylvania, 19104, to inspect, photograph, appraise, and otherwise record the condition and contents of the property, and to remove any occupants and seal the property;

2. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting and inspection and appraisal of the real property, and physically seal the property against unauthorized entry; and

3. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under the Writ of Assistance and Eviction to remove any occupants and seal the property; and it is further

ORDERED that the entry upon the property shall commence during the daylight hours on a date selected by the Marshals Service; and it is further

ORDERED that the United States Marshals Service or their agents are authorized to use such force as is necessary to enter the property and remove any occupants who refuse to vacate the property; and it is further

ORDERED that any occupants shall remove any personal property at the time of the execution of the Writ and any personal property which the occupants refuse to remove shall be deemed abandoned; and it is further

ORDERED that any interference with anyone acting under the authority of this Writ including but not limited to, any refusal to leave on the date of execution; or any interference with the USMS's continued custody and control of the Property, including but not limited to returning to the Property or moving back into the Property, shall be deemed a violation of this Order and may be punished as contempt and/or a violation of 18 U.S.C. § 2232; and it is further

ORDERED that the Clerk of Court shall provide three certified copies of this Writ of Assistance and Eviction to counsel for the government.

/s/ Hon. Kelley B. Hodge

**HONORABLE KELLEY BRISBON HODGE**
**United States District Judge**